322

State
vs.
Frederick W. Entwistle

Ind.
No. 10077

DECISION
April 14, 1919

DORAN, J.    The indictment avers:

1st.  Defendant falsely represented that he owned a certain good, valid, outstanding mortgage and note made by Napoleon and Arthamise Aubin and worth $2800;

2nd.  That by means of said false statement defendant obtained from Rayner Woodhead n exchange for said Aubin mortgage, a good, valid, outstanding note worth $2800, made by Edward and Amanda Bergeron of the goods, chatels and property of said Woodhead;

3rd.  Defendant did not own said Aubin mortgage and knew he did not.

I think it is sufficiently charged that defendant got from Woodhead a note in exchange for something defendant did not own by means of falsely alleging such ownership.

Demurrer overruled.

For state: Attorney General.

For defendant: Charles R. Easton.